UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,	Plaintiff,

v.	Criminal Action No. 3:17-cr-29-DJH

DAVID CHRISTOPHER REDDEN,	Defendant.

\* \* \* \* \*

## MEMORANDUM OF HEARING AND ORDER

A final revocation hearing was held in this matter on August 5, 2021, with the following counsel participating:

| | |
|---|---|
| For the United States: | Ann Marie Blaylock |
| For Defendant: | Laura Wyrosdick. |

The defendant was present. Ms. Blaylock stood in for Jo Lawless, and Ms. Wyrosdick stood in for Chastity Beyl. The parties informed the Court that they have reached an agreed resolution to the revocation proceeding. The parties' agreement includes the defendant's willingness to reside at Dismas House with appropriate medical and mental health counseling for the balance of his remaining term of supervised release. The parties agreed that additional time is needed to confer with the United States Probation Office and the Dismas House to make the necessary arrangements. Accordingly, it is hereby

**ORDERED** that, without objection, the final revocation hearing is **CONTINUED** to August 12, 2021, at 9:00 a.m. at the Gene Snyder U.S. Courthouse. If the parties complete the arrangements in advance of the hearing, or need additional time to finish the arrangements, they shall inform Natalie Thompson by email.

August 5, 2021

Court Time: 00/10
Court Reporter: Dena Legg

David J. Hale, Judge
United States District Court