UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:17-CR-00029-GNS

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.

DAVID CHRSTOPHER REDDEN                                               DEFENDANT

## ORDER

This case was called in open Court in Louisville, Kentucky on November 4, 2021 for a final hearing to revoke defendant's supervised release.

Appearing for the United States was Assistant United States Attorney Ann Marie Blaylock. The defendant, David Christopher Redden, was present in custody, with appointed counsel Chastity Beyl, Assistant Federal Defender. These proceedings were recorded by April Dowell, Official Court Reporter.

The defendant stipulated to the violations set out in the petition.

Having considered the advisory guidelines and 18 U.S.C. 3553(a), **IT IS ORDERED** the judgment of this Court that the 3-year term of supervised release imposed in this case on April 24, 2019, and which began on April 24, 2019, is hereby **REVOKED.**

The Policy Statements in Chapter 7 of the U.S. Sentencing Commission's Advisory Guidelines Manual reflect that this defendant's violation conduct constitutes Grade C violations.

The criminal history category determined at the time of the original sentence was IV. Therefore, the advisory range of imprisonment applicable upon revocation in this case is from 6 to 12 months, based on the Revocation Table suggested by the U.S. Sentencing Commission.

Therefore, **IT IS HEREBY ORDERED** that the defendant is committed to the custody of the Bureau of Prisons for a term of **6 MONTHS**, with no term of supervised release to follow. The Court believes the sentence imposed to be sufficient, but not greater than necessary to comply with the purposes set forth in Section 3553(a)(2).

The Defendant was advised of his right to appeal his sentence.

**IT IS SO ORDERED.**

Greg N. Stivers, Chief Judge
United States District Court

November 5, 2021

cc:     Counsel of Record
LV 0|06