UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
NOV 15 2024
U.S. DISTRICT COURT
WEST'N DIST KENTUCKY

CASE NUMBER: 3..17CR29GNS

(Commander) David Christopher (Redden)
_____ PLAINTIFF(S)

v.

United States
_____ DEFENDANT(S)

MOTION FOR Release of all documents related to my mental evaluation and "treatment"
[state what you want the Court to do]

I, C. David Christoper (Redden), the ☑ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order to release to me ALL medical records pertaining to my evaluation and "treatment" at both Lexington and Butner FMC's.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

Common Sense.

_____

_____

_____

_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 15 day of November, 2024

Signed: _____
[your signature]

Print your name: David Christopher (Redden)

Address: 700 E Muhammad Ali Blvd
Louisville, KY
40202

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on
_____.

Signed: _____
[your signature]

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above _____ was served upon
[name of document]

_____ by _____ at _____
[name of opposing party or counsel]   [mail or hand-delivery]   [address]

_____ on _____.
[date]

Signed: _____
[your signature]